Michelle L. Christian, Bar No. 186115
mchristian@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7211
Facsimile: 916.561.0828

Tamsen Leachman, Bar No. 044929
Adam E. Brauner, Bar No. 285560
abrauner@littler.com
LITTLER MENDELSON, P.C.
121 SW Morrison, Suite 900
Portland, OR 97204
Telephone: 503.221.0309
Facsimile: 503.242.2457

Attorneys for Defendants
ALL STAR LABOR AND STAFFING, LLC,
RAMONA MATHANY, and JOHN JONES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SUSAN TONKEL, | Case No. 2:15-CV-02585-GEB-CMK |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| ALL STAR LABOR AND STAFFING, LLC, RAMONA MATHANY, JOHN JONES, and DOES 1 through 50, inclusive, | |
| Defendants. | |

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

Firmwide:137579640.1 076677.1005

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I am employed in Sacramento County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 500 Capitol Mall, Suite 2000, Sacramento, California 95814. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.

On December 15, 2015, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

1. **ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE**

2. **NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS**

3. **NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION**

in a sealed envelope, postage fully paid, addressed as follows:

T. JAMES FISHER, Bar No. 064079
P.O. Box 990460
1721 Court Street
Redding, California 96001
Phone: (530) 244-0909

Attorneys for Plaintiff SUSAN TONKEL

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 15, 2015, at Sacramento, California.

*Lauren Michel*
_____
Lauren Michel

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200