T. JAMES FISHER
1721 Court Street
P.O. Box 990460
Redding, CA  96099-0460
Telephone No. 530/244-0909
Facsimile No. 530/244-0923
fisherlawoffice@sbcglobal.net
Attorney for Plaintiff
**SUSAN TONKEL**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN TONKEL,<br><br>    Plaintiff,<br><br>vs.<br><br>ALL STAR LABOR AND STAFFING, LLC,<br>RAMONA MATHANY,<br>JOHN JONES,  and DOES 1-50 inclusive,<br><br>    Defendants. | Case No.: 2:15-CV-02585-MCE-CMK<br><br>STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER THEREON |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys to dismiss the above-referenced case with prejudice pursuant to the Settlement Agreement and Release of All Claims fully executed by the parties and their counsel.

LAW OFFICES OF T. JAMES FISHER

DATED: August 17, 2016

By:_____/S/_____
T. JAMES FISHER
Attorney for Plaintiff

STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER THEREON
- 1

SUSAN TONKEL

LITTLER MENDELSON, P.C.

DATED: August 17, 2016

By:_____/S/_____
BARBARA A. BLACKBURN
Attorney for Defendants
ALL STAR LABOR AND STAFFING, LLC
RAMONA MATHANY AND JOHN JONES

## ORDER

Based on the foregoing stipulation and good cause therefore, IT IS HEREBY ORDERED that this entire action be dismissed in its entirety, with prejudice. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: August 19, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE